1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,          )      Case No: 1:20-cr-00214 DAD BAM
                                         )
12             Plaintiff,                )      **ORDER APPOINTING COUNSEL**
                                         )
13        vs.                            )
                                         )
14    JOSE EDEN LANDEROS,                )
                                         )
15             Defendant.                )
                                         )
16

17        The defendant has attested to his financial inability to employ counsel and wishes the

18    Court to appoint counsel to represent him.  Therefore, in the interests of justice and according to

19    Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court

20    **ORDERS**:

21        1.      Steven L. Crawford is APPOINTED to represent the above defendant in this case

22    effective *nunc pro tunc* to November 11, 2020. This appointment shall remain in effect until

23    further order of this court.

24
      IT IS SO ORDERED.
25

26      Dated:   **November 16, 2020**              **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE
27

28