HRISTO K BIJEV, #216521
Attorney at Law
1330 L Street, Ste. B
Fresno, California 93721
Telephone: (559) 264-6585
Facsimile: (559) 264-6611
e-mail: bijevlaw@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JOSE EDEN LANDEROS,<br><br>   Defendant | Case No.: 1:20-cr-00214-DAD-BAM<br><br>ORDER DENYING SUBSTITUTION OF ATTORNEY |

**ORDER**

The request for appointment of counsel Hirsto Bijev is DENIED.  Defendant may be entitled to appointed counsel, but such counsel must be counsel approved under this District's CJA Panel Plan.  (See General Order 582).  Counsel Bijev is not counsel authorized by the Plan to be appointed.  Counsel may contact the Office of the Public Defender for more information.

IT IS SO ORDERED.

Dated:   **December 22, 2020**                       /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE

ORDER DENYING SUBSTITUTION OF ATTORNEY - 1